UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD W. KRAMER,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI[1],<br><br>        Defendant. | CIVIL ACTION NO. 3:21-CV-01078<br><br>(MEHALCHICK, M.J.) |

**ORDER**

AND NOW, this 29th day of August, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that the Commissioner's decision to deny Kramer benefits under Titles II and XVI of the Social Security Act (*see* Doc. 1, at 1) is **AFFIRMED**. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Kramer. The Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] The Court has amended the caption to replace, as the named defendant, Social Security Commissioner Andrew M. Saul, with his successor, Social Security Commissioner Kilolo Kijakazi. See Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").